UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>AMY TUITA,<br><br>　　　　Defendant/Judgment Debtor,<br><br>and<br><br>SOLSTICE GROUP, INC.,<br><br>　　　　　　　　Garnishee. | NO.　16-mc-05022BHS<br><br>(3:07-CR-5001-3)<br><br><br>**Order to Issue a Writ of<br>Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment due and owing to the Defendant/Judgment Debtor, Amy Tuita, from Solstice Group, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Solstice Group, Inc., whose address is Solstice Group, Inc., Attn: Lari Olson, Office Manager, P.O. Box 94523, Seattle, WA 98124.

//

//

**ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT**

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this 22 day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kyle.forsyth@usdoj.gov